UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FIGUEROA,

                              Plaintiff,

-v-

305-7 EAST 84TH STREET ASSOCIATES, LLC, et al.,

                              Defendants.

17-CV-9239 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

The parties' request to extend the fact discovery deadline is granted. All discovery shall be completed by September 30, 2018.

The parties are directed to promptly comply with all outstanding discovery requests.

Counsel for the parties shall appear for the previously scheduled pretrial conference on September 6, 2018, at 10:30 a.m. At the conference, the Court will address any unresolved discovery disputes.

The Clerk of Court is directed to close the motions at Docket Numbers 45, 47 and 49.

SO ORDERED.

Dated: August 15, 2018
        New York, New York

                                                                J. PAUL OETKEN
                                                         United States District Judge